UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| HAROLD SCOTT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No: 08-00012 |
| IOWA, CHICAGO & EASTERN RAILROAD CORPORATION | ) Magistrate Judge Celeste F. Bremer ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

Plaintiff Harold Scott and Defendant Iowa Chicago & Eastern Railroad Corporation, as evidenced by the signatures of their respective counsel below, stipulate that all matters at issue between them have been fully settled and compromised and that this case should be dismissed with prejudice with each party to bear its own fees and costs.

HOEY & FARINA, P.C.

By _____
William J. McMahon

ATTORNEYS FOR HAROLD D. SCOTT

FLETCHER & SIPPEL LLC

By _____
James D. Helenhouse

ATTORNEYS FOR IOWA CHICAGO & EASTERN RAILROAD CORPORATION